1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

10

11 RUBEN RANGEL,                                    Case No. CV 08-527-JWJ

12                        Plaintiff,

13          vs.                                      JUDGMENT

14 MICHAEL J. ASTRUE,
   Commissioner of the Social
15 Security Administration,

16                        Defendant.

17 _____

18

19          **IT IS ADJUDGED** that Judgment be entered **REMANDING** this case

20 to the Commissioner of the Social Security Administration, pursuant to

21 sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with

22 this Court's Order, which was filed concurrently in this case.

23

24 DATED:  July 24, 2009

25

26                                          _____/s/_____

27                                          JEFFREY W. JOHNSON
                                            United States Magistrate Judge
28