FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY MR                    DEPUTY

1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff  Ruben Rangel
6

7                UNITED STATES DISTRICT COURT
8                CENTRAL DISTRICT OF CALIFORNIA
9

10 RUBEN RANGEL,                    ) Case No.: CV 08-00527-~~SWJ~~ FMO
11                                  )
         Plaintiff,                 ) ~~(PROPOSED)~~ ORDER AWARDING
12                                  ) EQUAL ACCESS TO JUSTICE ACT
      vs.                           ) ATTORNEY FEES PURSUANT TO
13                                  ) 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE, Commissioner  )
14 of Social Security,              )
                                    )
15       Defendant                  )
                                    )
16 _____  )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
19
   Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of
20
   rights, the amount of $4,350.00, as authorized by 28 U.S.C. § 2412(d), subject to
21
   the terms of the above-referenced Stipulation.
22
   DATE: 9/11/09
23
                              _____
24                            UNITED STATES MAGISTRATE JUDGE
25
26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING
3 | /s/ *Lawrence D. Rohlfing*
4 | Lawrence D. Rohlfing
    Attorney for plaintiff Ruben Rangel