# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RANGEL, ) | NO. CV 08-0527 FMO |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Twenty-Four Thousand dollars and zero cents ($24,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, the Law Offices of Lawrence D. Rohlfing shall reimburse plaintiff the amount of Four-Thousand, Three-Hundred and Fifty dollars and zero cents ($4,350.00).

Dated this 11th day of May, 2010.

 /s/
 Fernando M. Olguin
 United States Magistrate Judge